# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER RODRIGUEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　Defendant. | Case No. SACV 17-1456 JC<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security Administration is AFFIRMED.

DATED: December 27, 2018

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE